

**Sunrise Spectacle**
Leping Zha