**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leping Zha,<br><br>                     Plaintiff,<br><br>vs.<br><br>MBL of America, Inc.; Nextscreen, LLC;<br>and Source Interlink Companies, Inc.,<br><br>                     Defendants. | No. CV-08-658-PHX-SMM<br><br>**ORDER** |

Having considered the parties' Stipulation to Amend Complaint (Doc. 10), and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file an Amended Complaint substituting Defendant Source Interlink Magazines, LLC for Source Interlink Companies, Inc.

**IT IS FURTHER ORDERED** that Defendant Source Interlink Magazines, LLC has agreed to waive service of process of Plaintiff's Amended Complaint and thus shall respond to the Amended Complaint no later than July 7, 2008.

DATED this 13th day of May, 2008.

Stephen M. McNamee
United States District Judge