**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leping Zha,  ) | No. CV-08-658-PHX-SMM |
|  ) | |
| Plaintiff,  ) | **ORDER** |
|  ) | |
| vs.  ) | |
|  ) | |
| MBL of America, Inc.; Nextscreen, LLC; ) and Source Interlink Companies, Inc.,  ) | |
|  ) | |
|  ) | |
| Defendants.  ) | |
|  ) | |

Having considered Plaintiff's Unopposed Motion For Leave To File Second Amended Complaint (Doc. 15), and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion For Leave To File Second Amended Complaint is granted.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the lodged Proposed Second Amended Complaint (Doc. 16).

**IT IS FURTHER ORDERED** that Defendant Source Interlink Magazines, LLC's Partial Motion For Summary Judgment (Doc 13) is withdrawn without prejudice.[1]

DATED this 24th day of June, 2008.

_(signature)_
Stephen M. McNamee
United States District Judge

---

[1] Defendant Source Interlink Magazines, LLC. concurred with the filing of this motion and agreed to withdraw its Partial Motion for Summary Judgment without prejudice upon the filing of Plaintiff's Second Amended Complaint.