**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Leping Zha, | ) | No. CV-08-658-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| MBL of America, Inc.; Nextscreen, LLC; and Source Interlink Companies, Inc., | ) ) ) | |
| Defendants. | ) ) ) | |

Having considered Plaintiff's Motion To Permit Plaintiff To Appear By Telephone at the Rule 16 Conference (Doc. 31) scheduled for September 15, 2008 at 10:00 a.m.,

**IT IS HEREBY ORDERED DENYING** the motion. Plaintiff Leping Zha shall be present in person at the Rule 16 Conference.[1]

DATED this 11th day of August, 2008.

Stephen M. McNamee
United States District Judge

---

[1] Plaintiff filed suit in this forum and thus asserting financial hardship as a reason for not attending the Rule 16 preliminary pretrial conference is not good cause. Plaintiff will have to travel from California to Arizona to attend the conference.