**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leping Zha, ) | No. CV-08-658-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| MBL of America, Inc.; Nextscreen, LLC; ) | |
| and Source Interlink Companies, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Source Interlink Magazines, LLC, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| vs. ) | |
| ) | |
| MBL Akustikgeräte GmbH & Co. KG, ) | |
| ) | |
| Third-Party Defendant. ) | |

Having considered Defendant Source Interlink Magazines, LLC's ("SIM's") Motion for Leave to File a Third-Party Complaint (Doc. 29) against MBL Akustikgeräte GmbH & Co. KG, and the memorandum of law in support thereof, and good cause appearing,[1]

**IT IS HEREBY ORDERED GRANTING** SIM's Motion for Leave to File a Third Party Complaint (Doc. 29) against MBL Akustikgeräte GmbH & Co.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the Third-Party Complaint lodged as Attachment #1 to Document 29.

DATED this 13th day of August, 2008.

_____
Stephen M. McNamee
United States District Judge

---

[1] Plaintiff nor MBL America oppose this motion.