**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leping Zha,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MBL of America, Inc.; Nextscreen, LLC;<br>and Source Interlink Companies, Inc.,<br><br>　　　　Defendants. | No. CV-08-658-PHX-SMM<br><br>**ORDER** |

　　　　Having considered Defendant Source Interlink Magazines, LLC's Unopposed Motion to Continue the Upcoming Rule 16 Preliminary Pretrial Conference (Doc. 38) , and good cause appearing,

　　　　**IT IS HEREBY ORDERED** that the Rule 16 Pretrial Conference currently scheduled for September 15, 2008 is continued until **September 29, 2008, to begin at 11:00am**. The parties shall otherwise fully comply with the Court's Order of July 15, 2008. (Doc. 28.)

　　　　DATED this 20th day of August, 2008.

　　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　United States District Judge