**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leping Zha, ) | No. CV-08-658-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| MBL of America, Inc.; Nextscreen, LLC; ) | |
| and Source Interlink Companies, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Source Interlink Magazines, LLC, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| vs. ) | |
| ) | |
| MBL Akustikgeräte GmbH & Co. KG, ) | |
| ) | |
| Third-Party Defendant. ) | |

Currently before the Court is the parties' Stipulation (Doc 42) to Dismiss all claims brought by Plaintiff Zha against Defendants NextScreen, LLC and Source Interlink Magazines, LLC with prejudice, with the parties to bear their own costs and fees.

**IT IS HEREBY ORDERED GRANTING** the Stipulation. This stipulation **does not** dismiss any Cross-claims brought by Source Interlink Magazines, LLC against MBL of America, Inc. or any claims set forth in the Third-Party Complaint of Source Interlink Magazines, LLC against MBL Akustikgeräte GmbH & Co. KG.

DATED this 22nd day of September, 2008.

Stephen M. McNamee
United States District Judge