**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leping Zha,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MBL of America, Inc.; Nextscreen, LLC; and Source Interlink Companies, Inc.,<br><br>　　　　Defendants.<br>_____<br>Source Interlink Magazines, LLC,<br><br>　　　　Third-Party Plaintiff,<br><br>vs.<br><br>MBL Akustikgeräte GmbH & Co. KG,<br><br>　　　　Third-Party Defendant. | No. CV-08-658-PHX-SMM<br><br>**ORDER** |

　　　　Currently before the Court is the parties' Stipulation to Dismiss (Doc. 45) all claims brought by Plaintiff Zha against Defendant MBL of America, Inc. with prejudice, with the parties to bear their own costs and fees.

　　　　**IT IS HEREBY ORDERED GRANTING** the Stipulation. This stipulation **does not** dismiss any Cross-claims brought by Source Interlink Magazines, LLC against MBL of America, Inc. or any claims set forth in the Third-Party complaint of Source Interlink Magazines, LLC against MBL Akustikgeräte GmbH & Co. KG.

　　　　DATED this 24th day of September, 2008.

_____
Stephen M. McNamee
United States District Judge