**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leping Zha, | ) No. CV-08-658-PHX-SMM |
| | ) |
|        Plaintiff, | ) **ORDER** |
| vs. | ) |
| | ) |
| MBL of America, Inc.; Nextscreen, LLC; | ) |
| and Source Interlink Companies, Inc., | ) |
| | ) |
|        Defendants. | ) |
| | ) |
| Source Interlink Magazines, LLC, | ) |
| | ) |
|        Third-Party Plaintiff, | ) |
| vs. | ) |
| | ) |
| MBL Akustikgeräte GmbH & Co. KG, | ) |
| | ) |
|        Third-Party Defendant. | ) |
| | ) |

Currently before the Court is the Notice of Settlement (Doc. 48) filed by Defendant/Cross-claimant Source Interlink Magazines, LLC ("SIM") and Defendant/Cross-defendant MBL of America, Inc., good cause appearing,

**IT IS HEREBY ORDERED** that the parties have until **Friday, October 31, 2008** to file a stipulation for dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **Monday, November 17, at 1:30 p.m.** If the stipulation is received by Friday, October 31, 2008, the status conference will be automatically vacated.

DATED this 7th day of October, 2008.

Stephen M. McNamee
United States District Judge