**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leping Zha, ) | No. CV-08-658-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| MBL of America, Inc.; Nextscreen, LLC; ) | |
| and Source Interlink Companies, Inc., ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| Source Interlink Magazines, LLC, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| vs. ) | |
| ) | |
| MBL Akustikgeräte GmbH & Co. KG. ) | |
| ) | |
| Third-Party Defendant. ) | |
| _____) | |

Currently before the Court is the parties' Stipulation to Dismiss (Doc. 50) all claims brought by Cross-Claim Plaintiff Source Interlink Magazines, LLC against Cross-Claim Defendant MBL of America, Inc. with prejudice, with the parties to bear their own costs and fees.

**IT IS HEREBY ORDERED GRANTING** the Stipulation. This stipulation **does not** dismiss any claims set forth in the Third-Party complaint of Source Interlink Magazines, LLC against MBL Akustikgeräte GmbH & Co. KG.

**IT IS FURTHER ORDERED** that the Status Conference in this case remains scheduled for **Monday, November 17, 2008, at 1:30p.m.** to discuss the remaining Third-Party complaint of Source Interlink Magazines, LLC against MBL Akustikgeräte GmbH

1 & Co. KG. This Status Conference will be vacated upon notice to the Court of any
2 settlement between the parties.
3     DATED this 3rd day of November, 2008.

                                        Stephen M. McNamee
                                        United States District Judge