**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leping Zha,<br><br>   Plaintiff,<br>vs.<br><br>MBL of America, Inc.; Nextscreen, LLC; and Source Interlink Companies, Inc.,<br><br>   Defendants.<br>_____<br>Source Interlink Magazines, LLC,<br><br>   Third-Party Plaintiff,<br>vs.<br><br>MBL Akustikgeräte GmbH & Co. KG.<br><br>   Third-Party Defendant.<br>_____ | No. CV-08-658-PHX-SMM<br><br>**ORDER** |

  Currently before the Court is Third Party Plaintiff Source Interlink Magazines, LLC's Motion for Continuance of the November 17, 2008 Status Conference (Doc. 52). Third Party Plaintiff SIM requests this continuance because Third Party Defendant MBL Akustikgeräte GmbH & Co. KG has not yet entered an appearance in the case. Having waived service of SIM's Third Party Complaint under Federal Rule of Civil Procedure Rule 4(d), MBL Akustikgeräte GmbH & Co. KG has until November 18, 2008 to file a responsive pleading. This deadline falls one day after the scheduled Status Conference on November 17.

  Having considered the matter and good cause appearing,

  **IT IS HEREBY ORDERED GRANTING** Third Party Plaintiff SIM's Motion for Continuance of the November 17, 2008 Status Conference (Doc. 52).

1 **IT IS FURTHER ORDERED** that the Status Conference will be held on
2 **Monday, December 15, at 2:30 p.m.**
3     DATED this 7th day of November, 2008.

Stephen M. McNamee
United States District Judge