**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leping Zha,<br><br>　　　　Plaintiff,<br>vs.<br><br>MBL of America, Inc.; Nextscreen, LLC; and Source Interlink Companies, Inc.,<br><br>　　　　Defendants.<br>_____<br>Source Interlink Magazines, LLC,<br><br>　　　　Third-Party Plaintiff,<br>vs.<br><br>MBL Akustikgeräte GmbH & Co. KG.<br><br>　　　　Third-Party Defendant.<br>_____ | No. CV-08-658-PHX-SMM<br><br>**ORDER** |

　　　　Before the Court is the parties Stipulation to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 54).  The Stipulation dismisses all claims brought by Third-Party Plaintiff Source Interlink Magazines, LLC against Third-Party Defendant MBL Akustikgeräte GmbH & Co. KG.  Having considered the Motion and good cause appearing,

　　　　**IT IS HEREBY ORDERED GRANTING** the Stipulation to Dismiss with Prejudice (Doc. 54).

　　　　**IT IS FURTHER ORDERED DISMISSING** all claims brought by Third-Party Plaintiff Source Interlink Magazines, LLC against Third-Party Defendant MBL Akustikgeräte GmbH & Co. KG. with prejudice, each side to bear its own costs and fees.

1 **IT IS FURTHER ORDERED VACATING** the Status Conference set for
2 Monday, December 15, 2008 at 2:30p.m.
3 **IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.
4 DATED this 3rd day of December, 2008.

_____
Stephen M. McNamee
United States District Judge